**STATE OF ALASKA, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

No. 19649.

United States Court of Appeals
Ninth Circuit.

Nov. 18, 1965.

Warren C. Colver, Atty. Gen. of Alaska, Avrum M. Gross, Geo. N. Hayes, Sp. Asst. Attys. Gen., Juneau, Alaska, for appellant.

J. Edward Williams, Acting Asst. Atty. Gen., Roger P. Marquis, Martin Green, Attys., Dept. of Justice, Washington, D. C., for appellee.

Before HAMLEY and JERTBERG, Circuit Judges, and MATHES, District Judge.

PER CURIAM.

On the authority of United States v. State of California, 381 U.S. 139, 85 S.Ct. 1401, 14 L.Ed.2d 296, No. 5 Original, decided May 17, 1965, subsequent to entry of the district court judgment herein, the judgment is

Reversed.

**UNITED STATES of America ex rel.
Albert H. WALLS, Appellant,**

v.

**David N. MYERS, Superintendent, State
Correctional Institution, Graterford,
Pennsylvania.**

No. 15439.

United States Court of Appeals
Third Circuit.

Submitted Nov. 16, 1965.

Decided Nov. 30, 1965.

Albert W. Walls, pro se.

Abner Silver, Philadelphia, Pa. (Joseph M. Smith, Asst. Dist. Atty., Chief, Appeals Division, F. Emmett Fitzpatrick, Jr., First Asst. Dist. Atty., James C. Crumlish, Jr., Dist. Atty., Philadelphia, Pa., on the brief), for appellee.

Before KALODNER, Chief Judge, and McLAUGHLIN and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The Order of the District Court will be affirmed for the reasons so well stated in Judge Body's opinion reported at 241 F.Supp. 11 (E.D.Pa.1965).

**Robert F. URBANO, Appellant,**

v.

**Richard J. HUGHES, Governor of the
State of New Jersey, Lloyd W. McCorkle, Commissioner of Institutions and
Agencies of the State of New Jersey,
Howard Yeager, Principal Keeper of the
New Jersey State Prison, Board of Managers of the New Jersey State Prison,
and Their Agents.**

No. 15334.

United States Court of Appeals
Third Circuit.

Submitted Nov. 15, 1965.

Decided Nov. 30, 1965.

Robert F. Urbano, pro se.

Eugene T. Urbaniak, Trenton, N. J. (Arthur J. Sills, Atty. Gen. of New Jersey, on the brief), for appellees.

Before KALODNER, Chief Judge, and McLAUGHLIN and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The Order of the District Court will be affirmed.